IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$13,638.00 IN UNITED STATES CURRENCY,<br><br>Defendant. | ) | Civil Action No. 2:26cv2204 |

VERIFIED COMPLAINT FOR FORFEITURE

AND NOW comes the United States of America, by and through its counsel, Troy Rivetti, United States Attorney for the Western District of Pennsylvania, and Jill L. Locnikar, Assistant United States Attorney for the Western District, and respectfully represents as follows:

1. Plaintiff, the United States of America, brings this civil action *in rem* for forfeiture to the United States of $13,638.00 in United States currency (the "Defendant Currency"), further described by asset identification number 25-DEA-728408, pursuant to 21 U.S.C. § 881(a)(6).

2. Jurisdiction is predicated upon 28 U.S.C. § 1345 and § 1355(a). Venue is proper under 28 U.S.C. § 1395 and § 1355(b).

3. On May 27, 2025, pursuant to a state search warrant, the Pennsylvania State Police (the "PSP") along with the Drug Enforcement Administration (the “DEA”) seized the Defendant Currency from Cedric Turner ("Turner") at a residence utilized by Turner located in Darlington, Pennsylvania. The Defendant Currency has remained in the Western District of Pennsylvania in the custody of the United States Marshals Service.

4. Following the execution of the state search warrant, the DEA contacted the United States Attorney's Office and briefed them on the investigation, and they subsequently agreed to seek federal prosecution of Turner. As a related matter, the United States has instituted this civil forfeiture action against the Defendant Currency.

5. Turner became the subject of a criminal investigation (the "Investigation") conducted by the Pennsylvania Office of Attorney General (the "PAOAG") for violations of 21 U.S.C. § 841. The Investigation revealed that Turner unlawfully sold and distributed controlled substances and generated thousands of dollars of illegal drug proceeds.

6. On or about November 26, 2024, with authority of the PAOAG, Task Force Officer Richard Stuart ("Stuart") initiated contact with a confidential informant ("CI") who arranged a buy with Turner for two grams of heroin for $200.00.

7. On November 26, 2024, an undercover agent with PAOAG Bureau of Narcotics ("UC") and the CI met with Turner to purchase the agreed upon heroin. The CI and the UC were able to successfully purchase the narcotics. Subsequent to receiving the narcotics, they were sent to the PA State Police Greensburg Regional Laboratory for testing. Testing revealed the purchased narcotics consisted of heroin and fentanyl.

8. On March 6, 2025, the CI contacted Turner to initiate another buy, to which Turner agreed. The CI and the UC met Turner at a fast-food establishment located in Ellwood City, Pennsylvania. Turner arrived in a Gray Dodge Durango SUV, which was utilized to traffic controlled substances. The CI and the UC initiated the purchase of four grams of heroin from Turner, which was tested and yielded a result of heroin and fentanyl.

9. On May 27, 2025, Stuart applied for, and obtained the same day, a state arrest warrant for Turner. On the same date, the UC contacted Turner to set up another buy for three

grams of heroin. The UC instructed Turner to meet him at a new location in New Galilee, Pennsylvania. While on route to the controlled buy, Turner was pulled over by PSP and subsequently arrested at the traffic stop. PSP then transferred Turner to its Beaver Station, where Turner declined to consent to an interview or to a search of his residence.

10. On May 27, 2025, PSP applied for and obtained a state search warrant for Turner's Darlington, Pennsylvania residence. The search warrant yielded two kilograms of suspected cocaine, one kilogram of suspected heroin/fentanyl, multiple quantities of a brown/white packaged substance, various colored tablets, and buprenorphine, as well as a .32 caliber firearm and ammunition, a black LG flip phone, and the Defendant Currency.

11. On July 18, 2025, PAOAG and PSP turned over all drug exhibits to DEA Special Agent Eric Duble. PAOAG and PSP retained all non-drug related evidence, including the firearm.

12. On October 14, 2025, a Grand Jury in the Western District of Pennsylvania returned a One-Count Indictment against Cedric Turner filed at Criminal No. 2:25cr262.

13. Based on the foregoing, the Defendant Currency represents proceeds generated from the illegal distribution of heroin in violation of 21 U.S.C. § 841, and, therefore, is forfeitable to the United States pursuant to 21 U.S. C. § 881(a)(6).

WHEREFORE, the United States of America respectfully requests that process of warrant in rem issue for the arrest of the Defendant Currency; that judgment of forfeiture be entered in favor of the United States for the Defendant Currency; and that the United States be granted such relief as this Honorable Court may deem just and proper, together with the costs and disbursements of this action.

TROY RIVETTI
United States Attorney

s/ *Jill L. Locnikar*
JILL L. LOCNIKAR
Assistant U.S. Attorney
Joseph F. Weis, Jr. U.S. Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
412-894-7429
412-644-6995 (fax)
Jill.locnikar@usdoj.gov
PA ID No. 85892 (AFF)

VERIFICATION

I am a Special Agent of the Drug Enforcement Administration, Department of Justice, and the case agent assigned to this case.

I have read the contents of the foregoing complaint for forfeiture and the statements contained therein are true and correct to the best of my knowledge and belief.

I verify under penalty of perjury that the foregoing is true and correct.

Executed on this 8th day of October, 2026.

Eric K. Duble, Special Agent
Drug Enforcement Administration